755 S.E.2d 113

**In the Matter of Daniel Nathan HUGHEY, Respondent.**

**Appellate Case No. 2014–000411.**

Supreme Court of South Carolina.

March 5, 2014.

## ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17(a) of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).

IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.

/s/Jean H. Toal, C.J.
FOR THE COURT